UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33350 |
|---|---|
| RONALD WILLIAM WARNER | (Chapter 13) |
| HEATHER ANNE WARNER | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4034554**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | RONALD WILLIAM WARNER & HEATHER ANNE WARNER<br>7627 WASHINGTON PARK DRIV<br>DAYTON, OH  45459 | 1.39 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/9/2010

Certificate of Service         06-33350

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

RONALD WILLIAM WARNER
HEATHER ANNE WARNER
7627 WASHINGTON PARK DRIV
DAYTON, OH 45459

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH 45066

(34.1n)
CHASE AUTO FINANCE
NATIONAL BANKRUPTCY DEPT
201 N CENTRAL AVE AZ1-1191
PHOENIX, AZ 85004

(38.1n)
CHASE BANK USA NA
BOX 100018
KENNESAW, GA 30156

(36.1n)
CITIFINANCIAL
1111 NORTH POINT DR
COPPELL, TX 75019

(33.1n)
CITIFINANCIAL INC
1111 NORTHPOINT DRIVE
COPPELL, TX 75019

(37.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ 07193

(39.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA 23541

(40.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA 23541

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner          sv